EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Víctor A. Casiano Cosme | 2022 TSPR 138<br><br>210 DPR ___ |
| --- | --- |

Número del Caso:  TS-16,636


Fecha:  15 de noviembre de 2022


Abogado del peticionario:

    Por derecho propio



Materia:  Readmisión al ejercicio de la abogacía.



Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Víctor A. Casiano Cosme

TS-16,636

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de noviembre de 2022.

Examinada la *Moción para solicitar reinstalación*, se readmite al Sr. Víctor A. Casiano Cosme al ejercicio de la abogacía.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo